# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL LEE GORDON,** | : |
| **Plaintiff** | : |
| | : CIVIL ACTION NO. 3:19-626 |
| v. | : |
| | : (Judge Mannion) |
| **BUEBENDORF, SIS,** *et al.*, | : |
| **Defendants** | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to remove Plaintiff's *in forma pauperis status* (Doc. 48) is **GRANTED**.

2. The Court's Order dated July 31, 2019, granting Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 38) is **VACATED**.

3. Plaintiff's Application to Proceed *in forma pauperis*,(Doc. 29) is **DENIED**. The Clerk of Court is to cease the withdrawal of any funds from Plaintiff's inmate account. If any monies have been withdrawn in payment toward the filing fee in said action, they are to be refunded to Plaintiff.

4. Plaintiff shall pay the full filing fee of $400, which represents a statutory filing fee in the amount of $350.00 and a $50.00 Administrative Fee[1] on or

---

[1] As of May 1, 2013, plaintiffs who submit the $350.00 statutory filing fee in full will also be assessed a $50.00 administrative fee. The $50.00 filing fee does not apply to persons granted *in forma pauperis* status under 28 U.S.C. §1915. Therefore, if an *in forma pauperis* status is granted, the plaintiff will be

before **December 6, 2019.**

5. The failure to timely pay the full filing fee shall result in the dismissal of the above captioned action without further notice for want of prosecution.

6. Defendants may file a responsive pleading within thirty (30) days of Plaintiff's payment of the filing fee in full.

7. The Clerk of Court shall not accept for filing any motions in this civil action until the full $400.00 filing fee is paid.

8. All pending motions in this matter are **DENIED WITHOUT PREJUDICE** to renewal upon Plaintiff's payment of the filing fee.

9. Defendant's motion to stay the case pending disposition of their motion to remove Plaintiff's *in forma pauperis* status (Doc. 50) is **DISMISSED** as moot.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 8, 2019**
19-626-01-ORDER

---

responsible to pay $350.00. However, if an *in forma pauperis* status is denied, the plaintiff will be required to pay $400.00.